```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
 6  Assistant United States Attorney
    Asset Forfeiture/General Crimes Sections
 7      Federal Courthouse, 14th Floor
        312 North Spring Street
 8      Los Angeles, California 90012
        Telephone: (213) 894-2569/1785
 9      Facsimile: (213) 894-0142/0141
        E-mail: Victor.Rodgers@usdoj.gov
10              Maxwell.Coll@usdoj.gov
11
    Attorneys for Plaintiff
12  UNITED STATES OF AMERICA
13
14                     UNITED STATES DISTRICT COURT
15               FOR THE CENTRAL DISTRICT OF CALIFORNIA
16                           WESTERN DIVISION
17  UNITED STATES OF AMERICA,        No. 2:21-CV-07310-CAS (KSx)
18           Plaintiff,               WARRANT
19           v.                       [$256,276.00 IN U.S. CURRENCY]
20  $256,276.00 IN U.S. CURRENCY
    AND APPROXIMATELY 26
21  MISCELLANEOUS COINS,
22           Defendants.
23
24
25
26       TO:  UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF
27       CALIFORNIA:
28
```

     A Complaint for Forfeiture having been filed in this action,

     IT IS ORDERED that you seize the defendant, $256,276.00 in U.S. Currency, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court.

     YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED:   9/13/2021

KIRY K. GRAY, Clerk



Deputy Clerk