VICTOR SHERMAN, ESQ. (State Bar No.: 38483)
LAW OFFICES OF VICTOR SHERMAN
A Professional Law Corporation
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

E-Mail: victor@victorsherman.law
Tele:   (424) 371-5930
Fax:    (310) 392-9029

Attorney for Claimant
STANLEY HUDSON

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cv-07310-CAS (KSx) |
| Plaintiff, | |
| vs. | **CLAIM (VERIFIED) OF STANLEY HUDSON** |
| $256,276.00 IN U.S. CURRENCY AND APPROXIMATELY 26 MISCELLANEOUS COINS, | |
| Defendant. | |
| STANLEY HUDSON, | |
| Claimant. | |

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, claimant, STANLEY HUDSON, hereby demands restitution of the defendant property and claims the right to defend this action.

Claimant's status is that of lawful owner and possessor of the claimed defendant property.

///

///

///

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

DATED: January __, 2022

_____
STANLEY HUDSON

Attorney Victor Sherman is duly authorized to make this Claim.

DATED: January __, 2022

_____
VICTOR SHERMAN
Attorney for Claimant
STANLEY HUDSON