TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
         Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>         v.<br><br>$256,276.00 IN U.S. CURRENCY AND APPROXIMATELY 26 MISCELLANEOUS COINS,<br><br>       Defendants.<br><br>STANLEY HUDSON,<br><br>       Claimant. | No. 2:21-cv-07310-CAS(KSx)<br><br>**STIPULATION AND REQUEST TO STAY CIVIL FORFEITURE ACTION PENDING CONCLUSION OF RELATED CRIMINAL INVESTIGATION; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER** |

    Plaintiff United States of America ("the government") and claimant Stanley Hudson ("claimant"), by the signatures of their attorneys hereunder, hereby stipulate and request that this civil forfeiture case be stayed pending the conclusion of an ongoing

related federal criminal investigation.  The government represents that the criminal investigation and the instant civil forfeiture litigation arise out of the same facts and will involve many of the same issues of fact and law, and judicial economy will be served by staying this action.

Pursuant to the mandatory stay provision, 18 U.S.C. § 981(g):

(1) Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.

(2) Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that -

(A) the claimant is the subject of a related criminal investigation or case;

(B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and

(C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

Here, the parties agree that the matter should be stayed.  The government is unwilling to respond to civil discovery that would result in claimant and others receiving information they are not entitled to receive during the course of criminal investigations. Claimant, who has filed a claim to reflect his standing in this civil

1 forfeiture action, as well as others, may be unable to respond to
2 government discovery requests or provide deposition testimony under
3 oath without endangering their Fifth Amendment rights. The parties
4 respectfully request that the Court stay this civil forfeiture action
5 until the criminal investigation is completed. The government
6 proposes that it file reports regarding the status of the related
7 criminal investigation commencing on May 4, 2022 and every ninety
8 days thereafter to enable the Court to monitor the status of this
9 matter. The parties also stipulate and agree that nothing contained
10 in this stipulation precludes claimant from filing a motion to lift
11 the stay should claimant believe circumstances warrant that the stay
12 be lifted.

13                                    Respectfully submitted,

14 Dated: February 1, 2022           TRACY L. WILKISON
                                     United States Attorney
15                                   SCOTT M. GARRINGER
                                     Assistant United states Attorney
16                                   Chief, Criminal Division
                                     JONATHAN GALATZAN
17                                   Assistant United States Attorney
                                     Chief, Asset Forfeiture Section
18

19                                    /s/ Victor A. Rodgers
                                     VICTOR A. RODGERS
20                                   MAXWELL COLL
                                     Assistant United States Attorneys
21                                   Asset Forfeiture Section

22                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
23

24 Dated: February 1, 2022           LAW OFFICES OF VICTOR SHERMAN, APLC

25
                                      /s/ Victor Sherman
26                                   VICTOR SHERMAN

27                                   Attorneys for Claimant
                                     STANLEY HUDSON
28