JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
    Federal Courthouse, 11th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile:  (213) 894-6269
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$256,276.00 IN U.S. CURRENCY AND APPROXIMATELY 26 MISCELLANEOUS COINS,<br><br>    Defendants.<br><br>ESTATE OF STANLEY HUDSON,<br><br>    Claimant. | Case No. 2:21-cv-07310-CAS(KSx)<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S REQUEST THAT THE COURT HOLD A ZOOM STATUS CONFERENCE IN THIS MATTER WITHIN THE NEXT TWO WEEKS OR ALTERNATIVELY GRANT PLAINTIFF'S MOTION FOR AN ORDER (1) AUTHORIZING PLAINTIFF UNITED STATES OF AMERICA TO SELL THE DEFENDANT MISCELLANEOUS COINS AND APPLY THE NET SALE PROCEEDS AND THE DEFENDANT $256,276.00 IN U.S. CURRENCY TO STANLEY HUDSON'S FEDERAL RESTITUTION ORDER; AND (2) DISMISSING THIS CIVIL FORFEITURE ACTION WITHOUT PREJUDICE** |

## PLAINTIFF'S REQUEST FOR STATUS CONERENCE
## OR GRANT OF PLAINTIFF'S MOTION

Plaintiff United States of America ("the government") respectfully requests that the Court either hold a ZOOM status conference in this matter sometime within the next two weeks or grant the government's motion filed in this case for an order authorizing the government to sell and apply the defendant assets in this in rem civil forfeiture case to the restitution judgment against former claimant Stanley Hudson relative to his federal bank fraud, access device fraud and aggravated identity theft conviction in United States of America v. Thomas Cochee and Stanley Hudson, Case No. 08-cr-715(A)-PSG (ECF No. 125).[1]  The government filed its motion on June 24, 2024, and the hearing on the motion was held on July 22, 2024.  $256,276.00 Dkts. 41 and 49; Cryptocurrency Dkts. 41 and 52.  That hearing was over six months ago.  The victims identified in Stanley Hudson's restitution judgment, filed on November 10, 2009, remain unpaid and as a result continue to suffer significant prejudice as a result of the current claimant Estate of Stanley Hudson's extremely long and unexcused delays in this matter, as discussed below.

It has been over fifteen years since restitution was ordered against Stanley Hudson in November 2009; over nine months since the Court's May 17, 2024 order appointing Christopher Hudson as the Estate of Stanley Hudson's representative for purposes of this action and denying Isaiah Hudson's request to be appointed the Estate's representative ($256,276.00 Dkt. 38; Cryptocurrency Dkt. 39); over six months since the July 22, 2024 hearing on the government's motion, during which Estate counsel advised he lacked authority to represent the Estate on the merits in this action, resulting in the Court setting an August 26, 2024 status conference to discuss the status of the Estate's progress in securing counsel ($256,276.00 Dkt. 49; Cryptocurrency Dkt. 51); over five months since

---

[1] Should the Court desire further briefing on the impact of the State probate court proceedings on the federal forfeiture actions, the government is prepared to do so.  The government suggests the Court require the parties to file simultaneous briefs on this issue, not to exceed five page in length, within five days by close of business (i.e., by 5 p.m.) with a resumed hearing on the government's motion scheduled shortly thereafter.

the August 26, 2024 status conference for which Estate counsel failed to appear and the Court issued an order to show cause due to counsel's non-appearance (<u>$256,276.00</u> Dkt. 50; <u>Cryptocurrency</u> Dkt. 52); and over two months since the November 18, 2024 deadline to obtain counsel set forth in the Court's September 17, 2024 minute order discharging the order to show cause, granting the Estate sixty (60) days to find counsel to represent the Estate in the forfeiture actions and warning that "[f]ailure to comply with this order or to show good cause for failing to do so may result in entry of judgment for the government or sanctions" (<u>$256,276.00</u> Dkt. 54; <u>Cryptocurrency</u> Dkt. 53).

Despite the November 18, 2024 deadline's passage, all the other delays set forth in the government's prior filings relative to the motion (<u>$256,276.00</u> Dkt. 45 at 1:23-28; 2:23-24 and 3:26-28) and the rapidly approaching deadlines in this case,[2] the Estate has still not substituted a new lawyer into this case as counsel.  The government and the victims have been substantially prejudiced as a result.  Accordingly, the government

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[2] Because no lawyer represents the Estate on the merits, the government is unable, while awaiting decision on the government's motion designed to resolve this case, to prosecute the case as to the merits of the forfeiture action.  At the July 8, 2024 scheduling conference, the Court set a March 10, 2025 discovery cutoff date, a March 14, 2025 motion filing cutoff date, a May 12, 2025 status conference date re settlement, a June 16, 2025 pretrial conference date, and a July 1, 2025 trial date.  <u>$256,276.00</u> Dkt. 47; <u>Cryptocurrency</u> Dkt. 49.

respectfully requests that the Court hold a status conference on a date sometime within the next two weeks or, alternatively, grant the government's motion.

Dated: January 27, 2025

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section


 /s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA