JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$256,276.00 IN U.S. CURRENCY AND APPROXIMATELY 26 MISCELLANEOUS COINS,<br><br>Defendants.<br><br>ESTATE OF STANLEY HUDSON,<br><br>Claimant. | Case No. 2:21-cv-07310-CAS(KSx)<br><br>**CONSENT JUDGMENT (1) AUTHORIZING PLAINTIFF UNITED STATES OF AMERICA TO SELL THE DEFENDANT MISCELLANEOUS COINS AND APPLY THE NET SALE PROCEEDS AND THE DEFENDANT $256,276.00 IN U.S. CURRENCY TO STANLEY HUDSON'S FEDERAL RESTITUTION ORDER; AND (2) DISMISSING THIS CIVIL FORFEITURE ACTION WITHOUT PREJUDICE** |

Pursuant to the stipulation and request of plaintiff United States of America and Claimant Estate of Stanley Hudson by its representative Christopher Hudson, the Court hereby enters this Consent Judgment (1) authorizing plaintiff United States of America to sell the defendant Approximately 26 Miscellaneous Coins and apply the net sale proceeds and the defendant $256,276.00 in U.S. Currency to Stanley Hudson's federal restitution order; and (2) dismissing this civil forfeiture action without prejudice, containing the terms set forth below:

1. The defendants Approximately 26 Miscellaneous Coins and $256,276.00 in U.S. Currency shall be used to satisfy the restitution order in <u>United States of America v. Thomas Cochee and Stanley Hudson</u>, Central District of California Case No. 08-cr-715(A)-PSG (ECF No. 125) (the "Stanley Hudson Criminal Case").

2. The defendant $256,276.00 in U.S. Currency shall be applied in its entirety to the restitution order in the Stanley Hudson Criminal Case. The funds shall be paid to the clerk of the court, which payment the clerk shall apply as payment on the unpaid balance owed on the restitution order in the Stanley Hudson Criminal Case, so that the clerk can distribute those sums to the victims set forth in the restitution order.

3. The defendant Approximately 26 Miscellaneous Coins shall be applied to the restitution order in the Stanley Hudson Criminal Case in the following manner. Plaintiff United States of America ("the government") shall sell the defendant Approximately 26 Miscellaneous Coins, and distribute the proceeds of the sale, to the extent such amounts are available, in the following priority:

    a. first, payment to the government for all its expenses in maintaining, storing and selling the defendant Approximately 26 Miscellaneous Coins; and

    b. second, payment to the clerk of the court, which payment the clerk shall apply as payment on the unpaid balance owed on the restitution order in the Stanley Hudson Criminal Case, so that the clerk can distribute those sums to the victims set forth in the restitution order.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4.  This civil forfeiture action is hereby dismissed without prejudice. The parties shall bear their own attorney fees and costs.

DATED: February 13, 2025

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

 /s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA