FILED

2025 MAR 25 PM 12: 17

Isaiah Hudson, In Pro Per
17853 Santiago Blvd., Ste. 107-292
Villa Park, CA 92861
(714)287-6875

Claimant,
ISAIAH HUDSON,

UNITED STATES DISTRIC COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

UNITED STATES OF AMERICA,        )   Case No.: 2:21-cv-07310 KS
                                 )
                                 )
                                 )   REQUEST OF
              Plaintiff,         )   ISAIAH HUDSON TO BE
                                 )   CLAIMANT INSTEAD AND FOR
                                 )   CHRISTOPHER HUDSON; REQUEST
vs                               )   AN ACCOUNTING OF
                                 )   PROPERTY
                                 )
CRYTROCURRENCY,                  )
              Defendant.         )
                                 )
---------------------------------)
STANLEY HUDSON,_____ )
              Claimant.          )
---------------------------------)

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, claimant, Isaiah Hudson, hereby demands restitution of the defendant property and claims the right to defend this action instead of Christopher Hudson for the Claim of Stanley Hudson.

Claimant's status is that of lawful owner, rightful heir, representative and possessor of the claimed defendant property, Christopher

NOTICE OF CLAIMANT

is not the rightful person to represent the Estate of Stanley Hudson.

Claimant, Isaiah Hudson, is the only child of the Defendant Stanley Hudson who had a claim with the Plaintiff, United States of America, specifically, pursuant to civil forfeiture section 18 U.S.C. § 981(a)(1)(A) & (C). This was an illegal taking and the government did not have jurisdiction under 28 U.S.C. §§ 1345 and 1355. Isaiah Hudson has petitioned the Probate Court to change and/or remove Christoper Hudson due to his breach of fiduciary duty to the Estate of Stanley Hudson.

On this occasion, property rightfully belonging to Defendant Hudson was taken and/or seized without proper authority in violation of his due process.

This was a civil forfeiture wherein law enforcement officers on or about March 22, 2021, at U.S. Private Vaults at 9182 Olympic Boulevard in Beverly Hills, California. Officers entered a private business opened locked boxes in various names, one of which belonged to Stanley Hudson, without a warrant. Law enforcement officers found inside Stanley Hudson's USPV box: $400,000.00 worth of cryptocurrency, $256,276.00 in U.S. Currency and approximately 26 Miscellaneous Coins. A civil forfeiture action has been filed against those assets. See United States v. $256,275.00 in U.S. Currency, et al..

Isaiah Hudson is requesting this Court to order a full accounting of the property which was seized at the private residence of Stanley Hudson. It is our contention that the property, specifically, the money taken from The escrow account of Stanley Hudson, to wit, the sale of property located at Rimpau, Los Angeles, was more than $220,000.000. It has come to our Attention that the money taken from the escrow account was more than

$220,000.00.

In addition, it is our contention that the gold taken from the residence on Fairview is more than $400,000.00. Mr. Stanley Hudson was not provided with a detailed statement of accounting stating what was precisely taken from the residence.

Claimant Isiah Hudson is making a claim to this property under the claim established by his father as his only heir and personal representative. Mr. Hudson is making this claim contending that the Government's action is an abuse of power and those very abuses of power is a violation of the Fourth Amendment and Fourteenth Amendment, right to be secure from Government Intrusion and Due Process of Law.

Moreover, any potential claim of the government that the money seized should be taken to pay for Restitution of Mr. Hudson's previous criminal case. Such an argument is not accurate. It is our argument that the money seized from the sale of the property of Rimpau was of a sufficient amount as to have already been paid for the Restitution. Moreover, the government should have made a claim under the Estate of Stanley Hudson, Probate case. their failure to do so, should barred by the Probate Code which mandates an entity having a claim against the Estate has 180 days to file a claim.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Dated: March 24, 2025

_____
Isaiah Hudson

PROOF OF SERVICE

UNITED STATE OF AMERICAN, FOR THE CENTRAL DISTRICT

OF CALIFORNIA

      I am employed in the county of Orange, State of California. I am over the age of eighteen, and am not a party to the within action, my business address is:

17853 Santiago Blvd., Ste. 107-292, Villa Park, CA 92861.

      On March 25, 2025. I served the foregoing document described as "Notice of Claim, Isaiah Hudson" by placing the true copies thereof enclosed in a sealed envelope addressed:

```
Maxwell K. Coll                    Victor Sherman
AUSA-Office of US Attorney         Law Office of Victor Sherman
Criminal Division-US Courthouse    11400 W. Olympic Blvd., Ste. 1500
312 N. Spring Street, Ste. 1200    Los Angeles, CA 90064
Los Angeles, CA 90012

Victor A. Rodgers, Jr.
AUSA-Office of US Attorney
Asset Forfeiture Division
312 N. Spring Street, 14th Floor
Los Angeles, CA 90012
```

      By Electronic Mail:  XXX

      By Mail:    XXX

      I deposited such envelope in the mail at Henderson, Nevada. The envelope was mailed with postage thereon fully prepaid. On March 25, 2025, at Orange, CA. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

----Ron Wilkinson-------------       _/s/ signature_
                                                                      Signature