Isaiah Hudson, In Pro Per
205 W. Fairview Blvd.
Inglewood, CA 90302
(714) 287-6875

Party in Interest

2025 MAY 16 PM 1:18

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFONRIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 2:21-cv-07310 |
| | ) | |
| | ) | PETITION TO ALLOW |
| | ) | ISAIAH HUDSON TO BE |
| | ) | CLAIMANT; MEMORANDUM |
| | ) | OF POINTS AND AUTHORITIE |
| VS | ) | DECLARATION IN SUPPORT |
| | ) | |
| | ) | Date: July 9, 2025 |
| | ) | |
| christopher Hudson, et al | ) | |

ATTENTION TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Party in interest, Mr. Isaiah Hudson, presents his Petition in Support of the Claim to return property illegally Taken from the Estate of Stanley Hudson, his father. This Court had improperly allowed Christopher Hudson, to be the Claimant in this matter. Petitioner has requested that the underlying Probate Court remove Christopher Hudson from being the Personal Representative pursuant to based on fraud or duress

---

PETITION TO ALLOW HUDSON TO BE CLAIMANT

by Christopher Hudson who has breached his fiduciary duties as the acting executer and/or personal representative of the Estate of Stanley Hudson, in case number: 23STPB04798.

The interested party hereby files this Petition to remove and/or to dismiss the personal representative, and to terminate these proceedings pursuant to Federal Rule 60 and section 8502 of the California Probate Code.

The Motion will be based on this Notice of Motion, on the Memorandum of points and authorities served and filed herewith, on such supplemental memoranda of points and authorities as hereafter may be filed with the Court, on all the papers and records on file in this action, and on such oral and documentary evidence as may be presented at the hearing of the motion.

Dated: May 15, 2025

Isaiah Hudson
Interested Party

# DECLARATION OF ISAIAH HUDSON

I, Isaiah Hudson, declare as follows:

1. I am the party in interest in this matter. I have personal knowledge of the facts stated in this declaration, and the facts stated herein are true and correct to the best of my knowledge, except those matters which are stated on information and belief, and as to those matters, I believe them to be true. I could and would competently testify to the truth of these matters if called upon to do so.

2. I have filed a Motion in Probate Court requesting that the Court remove Christopher Hudson as the executer and/or personal representative based upon his Breach of Fiduciary Duties in the Estate of Stanley Hudson.

It is my contention that I am the true person to be the executer of the Estate of Stanley Hudson, my father and only heir. Stanley Hudson has a Trust to which I have filed in Probate Court to affirm my position as his only heir. In that Trust, I am his only beneficiary. On the date of the death of my father, I fell into a great depression, not knowing and/or understanding what needed to be done.

My uncle, Christopher Hudson, instead of stating that the Trust prepared and recorded by my father, should have been filed with the Probate Court and it's contents revealed. Christopher Hudson did the direct opposite, he filed a Petition in Probate Court. This was done for his own personal interest.

3. Soon afterward, Mr. Christopher Hudson attempted to evict me from the only home that I knew and was raised. I tried to contact him to ask why he would do such a terrible thing. He told me that 'I had to pull my own weight, and that I had to pay him directly". I did not know why he would not protect my interest as the beneficiary of the Trust. I literally had to go to the Court and explain to the Court in an Unlawful Detainer action that the Probate Court had jurisdiction in this matter. The Court agreed and dismissed the action.

   Since that time, I have tried to contact Christopher Hudson to ask why is the Probate matter still ongoing, when the Trust should be shown to the Court and that I should be allowed to continue the directive set by the Trust. Unfortunately, Mr. Hudson has not spoken to me, nor has provided me with any documentation in the Probate Court, nor with this case since leaving the Unlawful Detainer Court.

4. This despicable action made it clear that Mr. Christopher Hudson's intentions were purely self-serving. He sought to evict me from my rightful home to enrich himself. The Unlawful Detainer case, 24IWUD00090, filed in the Inglewood Court, was an underhanded attempt to conceal his malicious actions from this Court.

5. Christopher Hudson has not provided me with any Notifications, and/or updates as to the procedures of the Probate Court. It was brought to me attention from the prior Federal Court proceedings that my uncle may have entered into an Agreement as to this Forfeiture case. I was never given any notice of this alleged Agreement and/or Stipulation. I have never seen any paperwork.

1     In fact, to this date, I have repeatedly asked my uncle, and/or his
2 attorney, for a copy of this alleged Agreement. Both of them denied any
3 existence of this document. They have denied knowing anything about any so
4 called Agreement. In addition, I have asked for copies of documentation of
5 the inventory taken from the boxes and/or house of my father, Stanley
6 Hudson. The attorney told me to directly ask the Government Attorney Mr.
7 Rodgers for the document.
8     I asked Brenda Vargas to contact Mr. Rodgers to request the "Inventory"
9 documentation. It's my contention that the document is necessary to determine
10 exactly what was confiscated from Stanley Hudson and/or his Estate. Mr.
11 Rodgers stated that he would not provide anything to Ms. Vargas, that he
12 wanted my personal information and that he would contact me to discuss this
13 case. Ms. Vargas provided me with his information when it appeared to me that
14 he was not going to contact me.
15     For the last two weeks, I have left several messages with him to
16 contact me to discuss the receipt of the Inventory list. Mr. Rodgers has not
17 contacted me, nor has he returned any of my telephone calls. I even went to
18 his office and requested an appointment to see him. Unfortunately, he has not
19 given me the courtesy of a telephone call, nor an email response.
20     Mr. Rodgers' actions demonstrate a blatant disregard for ethical
21 standards and a naked ambition to strip me of my rightful inheritance.
22 6. I am making this Petition because Mr. Christopher Hudson should not have
23 appointed as executer and/or personal representative of the Estate of
24 Stanley Hudson. I am the sole beneficiary as stated in the Trust and
25 Therefore, should be allowed to represent the Estate of Stanley Hudson in
26 this Forfeiture procedure.

7. The "Living Trust—Hudson Trust" of my father has provided that I am the Trustee of all of his property both personal and real estate. The Trust will allow me to fulfill my father's directives. It is clear that this Trust was prepared by my father, making me the Trustee. As Trustee, I have control over all his personal and real properties, including the house located at 205 W. Fairview Blvd., Inglewood, CA 90302.

8. The only asset in this Proceeding is the property illegally taken from the boxes and/or house of my father. The Trust has provided that I am the beneficiary of the house: 205 W. Fairview Blvd., Inglewood, CA 90302. The Trust also encompasses all personal and real estate property belonging to Mr. Stanley Alexander Hudson. This document unequivocally outlines my father's intentions, rendering the current probate proceedings redundant and unjust.

**9.** Accordingly, I am requesting that this Court allow me to represent Estate of Stanley Hudson, specifically, myself as the beneficiary of the Trust. This Court should recognize the Trust prepared and notarized by Stanley Alexander Hudson as the controlling document in this matter.

10. Furthermore, I am demanding that this Court deny the Government's request to keep the illegally taken property and return to the Estate and/or me as the beneficiary. Any claims to his Estate should be paid out in the Probate matter in the State Court.

EXECUTED UNDER PENALTY OF PERJURY, THIS _16_ Day of May, 2025, in the County of Los Angeles, California.

*Isaiah Hudson*
Declarant

# MEMORANDUM OF POINTS AND AUTHORITIES

1.  THE COURT UPON A SHOWING OF GOOD CAN HEAR REMOVE A PERSONAL REPRESENTATIVE, EXECUTOR FOR BREACHING THEIR FIDICUARY DUTY.

Federal Rule 60:

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b) ;

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

California Probate Code, Section 8502 provides and/or allows the removal of an executor or [representative] when:

- They have wasted, embezzled, mismanaged or committed a fraud on the estate, …
- They have wrongfully neglected the estate, or have long neglected to perform an act related to the proper management,
- The removal of an executor or [representative] is otherwise deemed necessary for the protection of the estate or the interested parties.

As indicated by the accompanying declaration, good cause exists for this Petition and the party has complied with the foregoing requirements.

2.  PROBATE COURT HAS AUTHORITY TO DISTRIBUTE FUNDS OF THE ESTATE PURSUANT TO SECTION 11640.

California Probate Code Section 11640 provides in pertinent part: "(b) the court shall hear and determine and resolve [all

issues]".

As indicated by the accompanying declaration, good cause exists that this Court order the termination of these proceedings in that the existence of a Trust, specifically, the a living Trust --- Hudson Trust, created by the deceased Mr. Stanley Hudson concerning his personal and real estate property. This Trust takes precedence over any probate proceeding. Mr. Isaiah Hudson is the Trustee and has the full authority to execute and/or manage the Trust under the terms of the Hudson Trust. Attached hereto and incorporated herein is a true and correct copy of the Trust.

3. CONCLUSION

    Based upon the foregoing, the interested party respectfully requests that this Court order the removal of Christopher Hudson and allow Isiah Hudson to be named the executor of the Estate.

    Furthermore, to allow Isaiah Hudson to proceed with this Forfeiture Action. To request that this Court Terminate these proceedings as an Illegal taking of property.

Date: May 10, 2025

By _____
Isaiah Hudson

# PROOF OF SERVICE

UNITED STATE OF AMERICAN, FOR THE CENTRAL DISTRICT OF CALIFORNIA

I am employed in the county of Orange, State of California. I am over the age of eighteen, and am not a party to the within action, my business address is:

17853 Santiago Blvd., Ste. 107-292, Villa Park, CA 92861.

On May ___, 2025. I served the foregoing document described as "Notice of Claim, Isaiah Hudson" by placing the true copies thereof enclosed in a sealed envelope addressed:

Maxwell K. Coll
AUSA-Office of US Attorney
Criminal Division-US Courthouse
312 N. Spring Street, Ste. 1200
Los Angeles, CA 90012

Victor Sherman
Law Office of Victor Sherman
11400 W. Olympic Blvd., Ste. 1500
Los Angeles, CA 90064

Victor A. Rodgers, Jr.
AUSA-Office of US Attorney
Asset Forfeiture Division
312 N. Spring Street, 14th Floor
Los Angeles, CA 90012

By Electronic Mail: XXX

By Mail: XXX

I deposited such envelope in the mail at Henderson, Nevada. The envelope was mailed with postage thereon fully prepaid. On May 16, 2025, at Orange, CA. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

----Ron Wilkinson-------------         _____
                                                Signature